# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DAVID LEE COBBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV416-00268 |
| | ) |
| STATE OF GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

David Lee Cobble is a prisoner housed at Fulton County Jail for crimes committed in Fulton County, Georgia. Doc. 1. He has filed a "motion to set aside judgments that are void on their face," apparently seeking habeas relief due to prosecutorial misconduct and missentencing during his state trial. *Id.* at 3-5. Because his claims arise from his state prosecution and incarceration in Fulton County, the proper forum in this case is the United States District Court for the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); 28 U.S.C. § 90(a)(2). The Clerk is **DIRECTED** to transfer this case to the Atlanta Division of the Northern District for all further proceedings.

**SO ORDERED**, this 13th day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA